John F. Welch, appellee, v. Charles M. Peirce, appellant. Gen. No. 7,641.

Claim for commission on exchange of equities in farm properties. Judgment for claimant for $500. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the October term, 1923. Reversed and cause remanded. Opinion filed October 26, 1923.

H. J. Thompson and Charles M. Peirce, *per se*, for appellant. D. D. Donahue and William R. Bach, for appellee.

Mr. Presiding Justice Heard delivered the opinion of the court.

---

William M. McCrotty, appellee, v. Baltimore & Ohio Southwestern Railroad Company, appellant. Gen. No. 7,653.

Action for personal injuries by conductor of street car, arising out of collision with freight train. Judgment for plaintiff for $7,500. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed October 26, 1923. Petition for *certiorari* stricken from files.

Graham & Graham, for appellant; Morison R. Waite, of counsel. John G. Friedmeyer, for appellee.

Mr. Presiding Justice Heard delivered the opinion of the court.

---

Noble W. Kearney, defendant in error, v. James C. Davis, agent, plaintiff in error. Gen. No. 7,556.

Suit for personal injuries against employer by railroad section hand, under Federal Employers Liability Act. Judgment for $2,500 for employee. Error to the Circuit Court of Logan county; the Hon. Frank Lindley, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed October 26, 1923.

Covey & Woods, for plaintiff in error; Silas H. Strawn, W. A. Covey and C. H. Woods, of counsel. Harold F. Trapp and Miller & Miller, for defendant in error.

Mr. Justice Niehaus delivered the opinion of the court.